IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL BRAZELL, JR.**  **PLAINTIFF**
**ADC # 500711**

v.  Case No. 2:19-cv-00003-KGB-BD

**ROOSEVELT BARDEN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 9). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 9). Accordingly, the Court dismisses without prejudice the claims against defendants Andrews, Branch, Dycus, Knott, and Cobb, and the Court denies the motion for a temporary restraining order (Dkt. No. 4).

It is so ordered this 15th day of May, 2019.

Kristine G. Baker
United States District Judge