IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL BRAZELL, JR.**                                                     **PLAINTIFF**
**ADC # 500711**

v.                     **Case No. 2:19-cv-00003-KGB-BD**

**ROOSEVELT BARDEN,** *et al.*                                            **DEFENDANTS**

## **ORDER**

The Court has reviewed the second Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 26). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 26). Accordingly, the Court dismisses without prejudice the claims against defendants Williams and Wilson based on plaintiff Michael Brazell, Jr.'s failure to provide the Court with valid service addresses (Dkt. No. 26).

It is so ordered this 18th day of December, 2019.

                                                                       Kristine G. Baker
                                                                       United States District Judge