# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL BRAZELL, JR.**
**ADC # 500711**                                                                                       **PLAINTIFF**

v.                              **Case No. 2:19-cv-00003-KGB-BD**

**ROOSEVELT BARDEN,** *et al.*                                                                         **DEFENDANTS**

## ORDER

      Before the Court is a recommended disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 42). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Michael Brazell, Jr.'s, claims for failure to notify the Court of his current address, as ordered on April 28, 2020. As a result of this ruling, the Court denies as moot the motion for summary judgment on the issue of exhaustion filed by defendants Kuylar Holmes, Raylund Gage, and Cachet Brown (Dkt. No. 32) and the Partial Recommended Disposition entered by Judge Deere regarding that pending motion (Dkt. No. 38). Based upon the Court's review of the docket, it does not appear that Mr. Brazell received a copy of the Partial Recommended Disposition.

      It is so ordered this 28th day of September, 2020.

                                                Kristine G. Baker
                                                United States District Judge