# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL BRAZELL, JR.**
**ADC # 500711**                                                                                     **PLAINTIFF**

v.                              **Case No. 2:19-cv-00003-KGB-BD**

**ROOSEVELT BARDEN,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Michael Brazell, Jr.'s, claims are dismissed without prejudice (Dkt. No. 2). The relief requested is denied.

It is so adjudged this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge